IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| NGHIA NGUYEN, | | § |
| | | § |
| | Petitioner, | § |
| | | § |
| v. | | § CIVIL ACTION NO. H-18-2499 |
| | | § |
| KIRSTJEN NIELSEN, | | § |
| | Respondent. | § |

## Order for Service of Process

The petitioner, Nghia Nguyen is a detainee in the custody of United States Immigrations and Customs Enforcement. Nguyen has filed a petition for a writ of habeas corpus.

The Clerk's office is ordered to serve the Petition and a copy of this order on the respondent:

> Secretary Kirstjen M. Nielsen
> U.S. Department of Homeland Security
> 245 Murray Lane, SW
> Washington, DC 20528;

and on:

> The Hon. Ryan K. Patrick,
> United States Attorney for the Southern District of Texas
> 1000 Louisiana Street, Suite 2300
> Houston, TX 77002.

The respondent is ordered to answer the petition or file a dispositive motion within 60 days after receiving service.

Signed on July 20, 2018, at Houston, Texas

_____
Lynn N. Hughes
United States District Judge